# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

## PETITION FOR WARRANT
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **James Vernon Roberson**

Case Number: **2:19CR00116**

Name of Sentencing Judicial Officer: **Honorable Andrew P. Gordon**

Date of Original Sentence: **February 4, 2020**

Original Offense: **Felon in Possession of Ammunition**

Original Sentence: **23 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **May 20, 2021**

Name of Assigned Judicial Officer: **Honorable Andrew P. Gordon**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 120 days. You must follow the rules and regulations of the center.

    On June 28, 2021, Residential Re-entry Center (RRC) staff notified the probation office that Roberson had submitted a positive alcohol test. Due to the positive alcohol test, Roberson was in violation of the rules and regulations of the facility and discharged from the facility as a program failure.

RE: James Vernon Roberson

2. **Drug Testing** – You must submit to substance abuse testing to determine if you have used a prohibited substance. Testing shall not exceed 104 tests per year. You must pay the costs of the testing. You must not attempt to obstruct or tamper with the testing methods.

    Roberson failed to report for scheduled drug tests on the following dates:

    August 31, 2021
    November 9, 2021
    November 12, 2021
    November 23, 2021

3. **Substance Abuse Treatment** – You must participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You must pay the costs of the program.

    Roberson failed to participate in substance abuse treatment as required. His clinician noted he has been noncompliant with attendance and missed all scheduled sessions since October 20, 2021. Due to his lack of effort, Roberson has been negatively discharged from treatment for non-engagement. Additionally, Roberson has ceased all contact with the clinician.

4. **Mental Health Treatment** – You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You must pay the costs of the program.

    Roberson failed to participate in mental health treatment as required. His clinician noted he has been noncompliant with attendance and missed all scheduled sessions since October 20, 2021. Due to his lack of effort, Roberson has been negatively discharged from treatment for non-engagement. Additionally, Roberson has ceased all contact with the clinician.

5. **Live At Approved Place** - You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

RE: James Vernon Roberson

Prob12C
D/NV Form
Rev. March 2017

On November 22, 2021, the undersigned officer conducted a home visit and met with Roberson's wife. She reported Roberson left the residence the week prior and had not returned or contacted her. Roberson failed to notify the probation office of the change in residence.

6. **Must Report As Instructed** - After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

    Roberson failed to submit monthly reports as required for the following months:

    July 2021
    August 2021
    September 2021
    October 2021

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **November 22, 2021**

Digitally signed by Matthew Martinez
Date: 2021.11.30 11:04:35 -08'00'

Matthew S. Martinez
United States Probation Officer

Approved:

Digitally signed by Brian Blevins
Date: 2021.11.29 13:03:06 -08'00'

Brian Blevins
Supervisory United States Probation Officer

RE: James Vernon Roberson

Prob12C
D/NV Form
Rev. March 2017

## THE COURT ORDERS

☐ No Action.
☑ The issuance of a warrant.
☐ The issuance of a summons.
☐ Other:

_____
Signature of Judicial Officer

_December 1, 2021_____
Date

RE: James Vernon Roberson

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. JAMES VERNON ROBERSON,  2:19CR00116

**SUMMARY IN SUPPORT OF PETITION FOR WARRANT**
**November 22, 2021**

By way of case history, Roberson was sentenced to 23 months custody followed by a three (3) year term of supervised release for committing the offense of Felon in Possession of Ammunition. On May 20, 2021, Roberson commenced supervision.

As reflected in the allegations above, Roberson has violated his terms of supervision as he failed to follow the rules and regulations of the RRC, he has failed to report for scheduled drug tests, he has failed to participate in substance abuse and mental health treatment, he has failed to notify the probation office of a change in residence, and he has failed to submit monthly reports as required.

The probation office, along with contracted vendors, have attempted to guide Roberson down a positive path to success. It appears he has made the decision to disregard his responsibilities to the Court and he has ceased all contact with the probation office, his clinician, and with the drug testing program. Multiple attempts to contact Roberson have been made without success over the past few weeks. The last contact the probation office had with Roberson was on November 2, 2021. On November 22, 2021, the undersigned officer met with Roberson's wife at the residence who confirmed he has not lived there since the prior week and she had not been able to reach him by phone. At this point, Roberson's whereabout are unknown to the probation office and he is considered an absconder from supervision.

As such, it is respectfully requested a warrant be issued to initiate revocation proceedings and bring Roberson before Your Honor to show cause as to why supervision should not be revoked. It is further recommended Roberson be detained pending the final revocation hearing before Your Honor.

Respectfully submitted,

Digitally signed by Matthew Martinez
Date: 2021.11.30 11:04:59 -08'00'

Matthew S. Martinez
United States Probation Officer

Approved:

Digitally signed by Brian Blevins
Date: 2021.11.29 13:03:39 -08'00'

Brian Blevins
Supervisory United States Probation Officer