RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for James Vernon Roberson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00116-APG-NJK-1 |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| JAMES VERNON ROBERSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for James Vernon Roberson, that the Revocation Hearing currently scheduled on January 19, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel is unable to schedule a visit with Mr. Roberson and needs more time to consult with client and negotiate with government.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

1  This is the first request for a continuance of the revocation hearing.

2  DATED this 13th day of January, 2022.

3

4  RENE L. VALLADARES  CHRISTOPHER CHIOU
   Federal Public Defender  Acting United States Attorney

5

6

7  By /s/ Navid Afshar  By /s/ Christopher Burton
   NAVID AFSHAR  CHRISTOPHER BURTON
8  Assistant Federal Public Defender  Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES VERNON ROBERSON,<br><br>    Defendant. | Case No. 2:19-cr-00116-APG-NJK-1<br><br>**ORDER** |

  IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for January 19, 2022 at 4:30 p.m., be vacated and continued to February 2, 2022, at the hour of 4:30 p.m. by videoconference; or to a time and date convenient to the court.

  DATED this 13th day of January, 2022.

  _____
  UNITED STATES DISTRICT JUDGE