RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for James Vernon Roberson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JAMES VERNON ROBERSON,<br><br>            Defendant. | Case No. 2:19-cr-00116-APG-NJK-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for James Vernon Roberson, that the Revocation Hearing currently scheduled on February 2, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.     Mr. Roberson recently had a medical episode in detention and we are unable to have contact with him for a few days at least. Once he is available to speak with, due to wait times in getting a client appointment, we want to make sure we can discuss the case with him.

2. The stipulation will give the parties, including Mr. Roberson, time to potentially resolve the matter.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 1st day of February, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Navid Afshar<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By /s/ Christopher Burton<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JAMES VERNON ROBERSON,<br><br>  Defendant. | Case No. 2:19-cr-00116-APG-NJK-1<br><br>**ORDER** |

  IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for February 2, 2022 at 4:30 p.m., be vacated and continued to March 8, 2022 at the hour of 1:30 p.m. by videoconference.

  DATED this 2nd day of February, 2022.

  _____
  UNITED STATES DISTRICT JUDGE

3