RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for James Vernon Roberson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00116-APG-NJK-1 |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Third Request) |
| JAMES VERNON ROBERSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for James Vernon Roberson, that the Revocation Hearing currently scheduled on March 8, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel has had difficulty getting in touch with client and managed recently to speak with him.

2. Based on communication with client, there are issues that need to be investigated.

3. The additional time would permit Mr. Roberson to try and resolve the matter.

4. The defendant is in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 7th day of March, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Navid Afshar<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By /s/ Christopher Burton<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00116-APG-NJK-1 |
| Plaintiff, | **ORDER** |
| v. | |
| JAMES VERNON ROBERSON, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, March 8, 2022 at 1:30 p.m., be vacated and continued to May 11, 2022 at the hour of 2:30 p.m. in Courtroom 6C; or to a time and date convenient to the court.

DATED this 8th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE