RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for James Vernon Roberson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00116-APG-NJK-1 |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| JAMES VERNON ROBERSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for James Vernon Roberson, that the Revocation Hearing currently scheduled on February 8, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires a continuance for the purpose of conducting investigation necessary for the upcoming revocation hearing.

2. Defense counsel has requested documentation pertinent to mitigation and the allegations in the Petition, and counsel needs additional time for receipt and review of said documents.

3. Defense counsel needs additional time to discuss this matter with Mr. Roberson.

4. Mr. Roberson is in custody and does not oppose the continuance.

5. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 3rd day of February, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>Acting United States Attorney |
| By /s/ Jacquelyn N. Witt<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By /s/ Christopher Burton<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES VERNON ROBERSON,<br><br>　　　　Defendant. | Case No. 2:19-cr-00116-APG-NJK-1<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, February 8, 2023 at 9:30 a.m., be vacated and continued to March 1, 2023 at the hour of 9:30 a.m. in Courtroom 6C; or to a time and date convenient to the court.

　　DATED this 6th day of February, 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3