RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for James Vernon Roberson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES VERNON ROBERSON,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00116-APG-NJK-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for James Vernon Roberson, that the Revocation Hearing currently scheduled on March 1, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.　Defense counsel has requested mitigating documentation and requires additional time to review said documentation upon receipt.

2.　Defense counsel needs additional time to speak to Mr. Roberson about this matter and conduct necessary investigation regarding the allegations in the Petition.

3. Mr. Roberson is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 27th day of February, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Jacquelyn N. Witt*<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By */s/ Christopher Burton*<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES VERNON ROBERSON,<br><br>　　　　Defendant. | Case No. 2:19-cr-00116-APG-NJK-1<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, March 1, 2023 at 9:30 a.m., be vacated and continued to May 2, 2023 at the hour of 1:30 p.m. in Courtroom 6C; or to a time and date convenient to the court.

　　DATED this 28th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE